IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Plaintiff,**

v.                                                    Case No. 1:22-cv-326-AW-MJF

**CAPTAIN JAMES BECK, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 27 report and recommendation. ECF No. 19. I have also considered de novo the issues Plaintiff presented in his objection. ECF No. 24. Despite Plaintiff's contention that I should disregard his prior cases, I agree with the magistrate judge that Plaintiff is a three-striker. I now adopt the report and recommendation and incorporate it into this order. Plaintiff's leave to proceed *in forma pauperis* is REVOKED. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk will then close the file.

SO ORDERED on March 18, 2023.

                                                       s/ *Allen Winsor*
                                                       United States District Judge